# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sega Corporation, et al.
       Plaintiff,

v.              Case No.: 1:24−cv−00586
                Honorable Joan B. Gottschall

Silver Oli Store, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 3, 2024:

  MINUTE entry before the Honorable Joan B. Gottschall: Plaintiffs' motion [85] for leave to amend Schedule A to the complaint to drop certain defendants is granted, and plaintiff's amended Schedule A [86] is deemed filed with leave of court. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.